## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**Linzie J. Ledbetter,**

**Plaintiff,**

**v.**

**Good Samaritan Ministries,**
*A Project of the Carbondale Interfaith Council,*

**Defendant.**                                    **No. 10-cv-740-DRH**


### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim entered by this Court on January 17, 2013, this case is **DISMISSED** with prejudice.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

**BY:_____/s/*Sara Jennings*_____**
**Deputy Clerk**

Dated:   January 17, 2013

Digitally signed by
David R. Herndon
Date: 2013.01.17
11:58:04 -06'00'

APPROVED:
             CHIEF JUDGE
             U. S. DISTRICT COURT