UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**Linzie J. Ledbetter,**

**Plaintiff,**

v.

**Good Samaritan Ministries,**
*A Project of the Carbondale Interfaith Council,*

**Defendant.**                                                    No.  **10-cv-740-DRH**

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim entered by this Court on January 17, 2013, this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:      /s/*Sara Jennings*
                **Deputy Clerk**

Dated:   January 17, 2013

Digitally signed by
David R. Herndon
Date: 2013.01.17
11:58:04 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT